<div style="text-align: right;">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MENG PING CHOU, | CASE NO. C16-1458-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 10). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 12th day of July 2017.

<div style="margin-left: 50%;">
William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk
</div>